EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JESUS PARRA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| FEDEX FREIGHT SERVICES, INC., | § | CIVIL ACTION NO: 3:14-CV-00459 |
| a/k/a FEDEX CORPORATE SERVICES, | § | |
| INC., a/k/a FEDEX CORPORATION, | § | |
|    Defendant. | § | |

## LIST OF PARTIES AND KNOWN COUNSEL

COUNSEL FOR PLAINTIFF JESUS PARRA:

   Soraya Yanar Hanshew
   syhlaw@outlook.com
   The Hanshew Law Firm, PLLC
   632 Moondale Dr.
   El Paso, Texas  79912
   Phone: (915) 491-6181
   Fax: (915) 996-9907

COUNSEL FOR DEFENDANT FEDEX FREIGHT SERVICES, INC., A/K/A FEDEX CORPORATE SERVICES, INC., A/K/A FEDEX CORPORATION:

   Scott F. DeShazo
   sdeshazo@dnaustin.com
   Thomas A. Nesbitt
   tnesbitt@dnaustin.com
   Rachel Noffke
   rnoffke@dnaustin.com
   DeShazo & Nesbitt, LLP
   809 West Avenue
   Austin, Texas  78701
   Phone: (512) 617-5560
   Fax: (512) 617-5563

   DATED: December 16, 2014.

Respectfully submitted,

**DESHAZO & NESBITT, LLP**

By: <u>Scott F. DeShazo</u>
    Scott F. DeShazo
    State Bar No. 24011414
    sdeshazo@dnaustin.com
    Thomas A. Nesbitt
    State Bar No. 24007738
    tnesbitt@dnaustin.com
    Rachel Noffke
    State Bar No. 24007754
    rnoffke@dnaustin.com
    DESHAZO & NESBITT, LLP
    809 West Avenue
    Austin, Texas  78701
    (512) 617-5560 - Telephone
    (512) 617-5563 – Facsimile
    **COUNSEL FOR DEFENDANT**
    **FEDEX FREIGHT SERVICES, INC.**
    **a/k/a FEDEX CORPORATE SERVICES,**
    **INC. a/k/a FEDEX CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document was served on the following known Filing Users through the NEF, on this 16th day of December, 2014:

Soraya Yanar Hanshew
The Hanshew Law Firm, PLLC
632 Moondale Dr.
El Paso, Texas  79912
Fax: (915) 996-9907

                                      <u>/s/ Scott F. DeShazo</u>
                                      Scott F. DeShazo