IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO           DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   County Court at Law No. 3, El Paso County, Texas; Cause No. 2014DCV3433; Jesus Parra v. FedEx Freight Services, Inc., a/k/a FedEx Corporate Services, Inc., a/k/a FedEx Corporation.

2. Was jury demand made in State Court?    Yes [X]    No [X]

   If yes, by which party and on what date?

   Plaintiff Jesus Parra                                                          10/28/2014
   Party Name                                                                     Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiff: Jesus Parra
   Plaintiff's Attorney: Soraya Yanar Hanshew, The Hanshew Law Firm, PLLC, 632 Moondale Dr., El Paso, Texas 79912, Phone: 915-491-6181, Fax: 915-996-9907

   Defendant: FedEx Freight Services, Inc., a/k/a FedEx Corporate Services, INc., a/k/a FedEx Corporation
   Defendant's Attorney: Scott DeShazo, DeShazo & Nesbitt, LLP, 809 West Avenue, Austin, Texas 78701, Phone: 512-617-5560, Fax: 512-617-5563

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None.

**VERIFICATION:**

_____    12/16/14
Attorney for Removing Party           Date

FedEx Freight Services, Inc., a/k/a FedEx Corporate Services, Inc., a/k/a FedEx
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)