IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JESUS PARRA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| FEDEX FREIGHT SERVICES, INC., § | CIVIL ACTION NO: 3:14-CV-00459-FM | |
| a/k/a FEDEX CORPORATE § | | |
| SERVICES, INC., a/k/a § | | |
| FEDEX CORPORATION, § | | |
| Defendant. | | |

## **ORDER**

The Court, after considering the motion and argument of counsel, hereby GRANTS Defendants' Motion for Intra-District Transfer of Venue.

IT IS THEREFORE ORDERED that Defendants FedEx Freight Services, Inc., a/k/a FedEx Corporate Services, Inc., a/k/a FedEx Corporation's motion is GRANTED and this case is hereby transferred to the Austin Division of the Western District of Texas.

Signed the _____ day of _____, 20_____.

                                                                _____
                                                                Honorable Frank Montalvo
                                                                U.S. District Judge